UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS' DISTRICT COUNCIL OF GREATER ST. LOUIS, et al., | ) ) ) | |
| Plaintiff(s), | ) ) | |
| vs. | ) ) | Case No. 4:08CV1580 JCH |
| CONTEMPORARY FLOORING AND DESIGN, INC., | ) ) ) | |
| Defendant(s). | ) ) | |

## **ORDER**

This matter is before the Court on Plaintiffs' Motion for Default Judgment, filed January 15, 2009. (Doc. No. 9). By way of background, Plaintiffs filed their Complaint pursuant to the Employee Retirement Income Security Act of 1974 and the Labor Management Relations Act of 1947 on October 14, 2008. (Doc. No. 1). Plaintiffs served the Complaint on Defendant on October 16, 2008. (Doc. No. 2). When Defendant failed to answer or otherwise appear, Plaintiffs requested that the Clerk of Court enter default on January 15, 2009. (Doc. No. 8). The Clerk of Court entered default against Defendant Contemporary Flooring and Design, Inc., on March 16, 2009. (Doc. No. 14).

As stated above, Plaintiffs filed their Motion for Default Judgment on January 15, 2009. (Doc. No. 9). Upon consideration, the Court will grant Plaintiffs' Motion for Default Judgment, and award damages as follows: (1) $31,079.82 in unpaid contributions; (2) $6,215.96 in liquidated damages; (3) $215.17 in interest; (4) $25,002.62 in unpaid wages; and (5) $837.50 in attorneys' fees and costs.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Default Judgment (Doc. No. 9) is **GRANTED**, and Plaintiffs are awarded judgment against Defendant Contemporary Flooring and Design, Inc., in the amount of $63,351.07.


Dated this <u>17th</u> day of March, 2009.


                                                      /s/ Jean C. Hamilton
                                                     UNITED STATES DISTRICT JUDGE