UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS' DISTRICT COUNCIL OF GREATER ST. LOUIS, et al., | ) ) ) |
| Plaintiff(s), | ) ) |
| vs. | ) ) Case No. 4:08CV1580 JCH |
| CONTEMPORARY FLOORING AND DESIGN, INC., | ) ) ) |
| Defendant(s). | ) ) |

## JUDGMENT

In accordance with the Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiffs are awarded judgment against Defendant Contemporary Flooring and Design, Inc., in the amount of $63,351.07.

Dated this 17th day of March, 2009.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE